AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BARKER, SARAH E. | US District Court Indiana Southern District | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE ARTICLE III | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

46 EAST OHIO STREET, ROOM 210, INDIANAPOLIS, IN 46204

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director 2001-2013 | Federal Judges Association |
| 2. | Member, Board of Advisors, 1989-2013 | Indiana University--Purdue University at Indianapolis |
| 3. | Director 1996-2013 | IU Health (nonprofit). Formerly Methodist Health Group; formerly Clarian Health Partners. |
| 4. | Director 2010-2013 | Spencer Williams Foundation |
| 5. | Trustee, Board of Trustees 2003-2013 | Indiana Historical Society |
| 6. | Member, Board of Advisors 2005-2013 | Spirit and Place, Community Festival |
| 7. | Commissioner, Indiana Bicentennial Commission, 2011-2013 | State of Indiana, Office of the Lt. Governor |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | IU Health Morgan Hospital -- Nonemployee compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 8-10, 2012 | Washington, DC | Executive Comm/Board mtg | Air, lodging, and meals |
| 2. | American Bar Association | August 5-6, 2012 | Chicago, IL | Seminar | Mileage, lodging, and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BARKER, SARAH E.** | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Larry Rudolech | Two paintings gifted by artist in connection with other purchases | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Indianapolis Post Office Credit Union, Account | B | Interest | L | T | | | | | |
| 2. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 3. EuroPacific Growth Fund, American Funds (Mut Fund) (IRA #1) | A | Dividend | | | Sold | 11/09/12 | K | | See note at Part VIII. |
| 4. BlackRock Global Allocation Fund (Mutual Fund)(IRA #1) | B | Dividend | L | T | Sold (part) | 11/09/12 | J | | See note at Part VIII. |
| 5. | | | | | Sold (part) | 11/09/12 | J | | See note at Part VIII. |
| 6. FIA Card Services NA RASP (IRA #1, cash eq) | A | Interest | J | T | | | | | See note at Part VIII. |
| 7. CISCO Systems, Inc., Common Stock | A | Dividend | J | T | | | | | |
| 8. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 9. Hartford Whole Life | | None | J | T | | | | | |
| 10. Franklin Templeton Founding Funds (FFACX) (Mutual Fund) | A | Dividend | | | Sold | 2/14/12 | K | | |
| 11. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 12. Ivy Global Natural Resources A (Mutual Fund) (IRA #2) | A | Dividend | J | T | | | | | |
| 13. Ivy International Core Equity A (Mutual Fund) (IRA #2) | A | Dividend | K | T | | | | | |
| 14. Waddell & Reed Advisors Core Inv A (Mut Fund) (IRA #2) | B | Dividend | K | T | | | | | |
| 15. Waddell & Reed Advisors Science/ Technology A (MF)(IRA #2) | A | Dividend | K | T | | | | | |
| 16. Waddell & Reed Advisors High Income A (MutualFund) (IRA #2) | B | Dividend | K | T | | | | | |
| 17. Ivy Real Estate Securities A (Mutual Fund) (IRA #2) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Waddell & Reed Advisors Small Cap A (Mutual Fund) (IRA #2) | A | Dividend | K | T | | | | | |
| 19. Waddell & Reed Advisors Asset Strategy A (Mut Fund) (IRA#2) | A | Dividend | K | T | | | | | |
| 20. Waddell & Reed Advisors New Concepts A (Mut Fund) (IRA #2) | A | Dividend | K | T | | | | | |
| 21. Ivy Limited-Term Bond A (Mutual Fund) (IRA #2) | A | Dividend | K | T | | | | | |
| 22. American Balanced Fund CL A (Mutual Fund)(IRA#1) | A | Dividend | K | T | Buy | 11/09/12 | K | | |
| 23. BlackRock Low Duration Bond Fund CL A (Mutual Fund)(IRA#1) | A | Dividend | J | T | Buy | 11/09/12 | J | | |
| 24. BlackRock Large Cap Core Fund A (Mutual Fund)(IRA#1) | A | Dividend | J | T | Buy | 11/09/12 | J | | |
| 25. Franklin Templeton Balanced Fund (FBMCX)(Mutual Fund) | B | Dividend | K | T | Buy | 2/14/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts (3): This was an "exchange sale" within the American Fund family, with the corresponding "exchange buy" (of American Balanced Fund Inc CL A) reported at Line 22. Such an exchange sale "constitutes a redemption" according to the trade documents, and no reportable capital gains were generated or calculated as a result.

\*\*\*\*\*

Part VII, Investments and Trusts (4): These two partial sales each involved an "exchange sale" which "constitutes a redemption" within the BlackRock Fund family, with no reportable capital gains generated or calculated as a result. The two corresponding exchange buys are reported at Lines 23 (BlackRock Low Duration Bond CLA) and 24 (BlackRock Large Cap Core Fund A).

\*\*\*\*\*

Part VII, Investments and Trusts (6): "FIA Card Services NA RASP" involves an aggregated and occasionally reportable,temporary accumulation of IRA cash held as reserves and/or swept into deposit accounts in Merrill Lynch-allied institutions. This cash flow phenomenon occurs to varying degrees within IRA account #1prior to dividends, etc., being automatically reinvested in the underlying holdings, which themselves produced the dividends. Such underlying holdings are disclosed fully elsewhere in Section VII.

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SARAH E. BARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544